UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 14-08294-ODW (AS) | Date | May 8, 2015 |
|---|---|---|---|
| Title | *Groves v. Reynoso, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**      **Order to Show Cause Re. Lack of Prosecution**

    On January 27, 2015, this Court dismissed Plaintiff Charles Edward Groves' Complaint with leave to amend. (Docket Entry No. 5.) Plaintiff's First Amended Complaint ("FAC") was due no later than February 26, 2015. On March 6, 2015, after no amended complaint was filed, the Court issued an Order to Show Cause why this action should not be dismissed with prejudice for failure to prosecute. (Docket Entry No. 6.) Plaintiff then filed a Motion for Extension of Time, which the Court granted on March 23, 2015, allowing Plaintiff to file his FAC no later than April 23, 2015. (Docket Entry No. 8.)

    As of the date of this order, no FAC has been filed. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **no later than Friday, May 22, 2015**, why this action should not be dismissed with prejudice for failure to prosecute and failure to obey court order. This Order will be discharged upon the filing of an FAC that cures the deficiencies in the last pleading, or by filing a declaration under penalty of perjury stating why Plaintiff is unable to do so.

    **If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |