1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 CHARLES KENNETH GROVES,          )   NO.  CV14-8294-ODW (AS)
                                    )
12              Plaintiff,          )
                                    )
13          v.                      )        **JUDGMENT**
                                    )
14 A.C. REYNOSO, CORRECTIONAL       )
   OFFICER, E. SMITH, CORRECTIONAL  )
15 SERGEANT, S. JOHNSON,            )
   CORRECTIONAL LIEUTENANT, J.      )
16 STECK, CORRECTIONAL CAPTAIN,     )
   J. INGWERSON, WARDEN,            )
17                                  )
                                    )
18              Defendants.         )
   ─────────────────────────────── )
19
20        Pursuant to the Court's Order Accepting Findings, Conclusions and
   Recommendations of United States Magistrate Judge,
21
22
23        IT IS ADJUDGED that the above-captioned action is dismissed  with
   prejudice.
24
25
26        DATED: December 16, 2015.
27
28                              _____
                                     OTIS D. WRIGHT
                                UNITED STATES DISTRICT JUDGE